1  NORMAN B. BLUMENTHAL (Cal. State Bar No. 068687)
   KYLE R. NORDREHAUG (Cal. State Bar No. 205975)
2  APARAJIT BHOWMIK (Cal. State Bar No. 248066)
   BLUMENTHAL, NORDREHAUG & BHOMIK
3  2255 Calle Clara
   La Jolla, California 92037
4  Telephone:  (858) 551-1223
   Facsimile:  (858) 551-1232
5
   Attorneys for Plaintiff
6  Tiana Denean Coleman

7  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   ELIZABETH J. MACGREGOR (Cal. State Bar No. 267326)
8  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
9  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
10 Facsimile:  (415) 856-7100
   jeffwohl@paulhastings.com
11 elizabethmacgregor@paulhastings.com

12 Attorneys for Defendant
   Target Corporation
13

14                       UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16

17 | TIANA DENEAN COLEMAN, an | No. CV11-00665 EDL
   | individual, on behalf of herself and all |
18 | persons similarly situated, | **STIPULATION AND [PROPOSED]**
   | | **ORDER TO CONTINUE (1)**
19 | Plaintiff, | **DEFENDANT'S RESPONSE DUE DATE**
   | | **AND (2) INITIAL CASE MANAGEMENT**
20 | vs. | **CONFERENCE AND RELATED DATES**

21 TARGET CORPORATION, a Minnesota
   Corporation, ,
22
                       Defendant.
23

24

25

26

27

28

LEGAL_US_W # 67920662.2
                                              STIPULATION AND ORDER RE: RESPONSE, CMC
                                              U.S.D.C., N.D. Cal., No. CV11-00665 EDL

**STIPULATION**

Plaintiff Tiana Denean Coleman and defendant Target Corporation, acting through their respective counsel of record, hereby stipulate as follows:

1. This action was commenced in this Court on February 14, 2011. (*See* Docket No. 1.) The due date for defendant's response to the complaint currently is May 17, 2011.

2. On February 14, 2011, the Court scheduled this action for an initial case management conference on May 24, 2011, and set related dates. (*See* Docket No. 2.)

3. The parties have commenced discussions that could lead to a resolution of this action. To facilitate those discussions, the parties wish to continue the initial case management conference for approximately 30 days.

4. Accordingly, the parties respectfully request that the Court enter an order continuing dates as follows:

- The due date for defendant's response to the complaint from May 17, 2011, to June 17, 2011.
- The initial case management conference from May 24, 2011, to June 28, 2011, at 10:00 a.m.
- The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR certification signed by parties and counsel; and file either Stipulation to ADR process or Notice of Need for ADR Phone Conference: from May 3, 2011, to June 3, 2011.
- The last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report, and file case management conference statement: from May 17, 2011, to June 21, 2011.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated:  May 3, 2011. | NORMAN B. BLUMENTHAL<br>KYLE R. NORDREHAUG<br>APARAJIT BHOWMIK<br>BLUMENTHAL, NORDREHAUG & BHOMIK |

By:   /s/  Aparajit Bhowmik
Aparajit Bhowmik
Attorneys for Plaintiff
Tiana Denean Coleman

Dated:  May 3, 2011.    JEFFREY D. WOHL
ELIZABETH J. MACGREGOR
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:   /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant
Target Corporation

LEGAL_US_W # 67920662.2

-2-

STIPULATION AND ORDER RE: RESPONSE, CMC
U.S.D.C., N.D. Cal., No. CV11-00665 EDL

**ORDER**

On the stipulation of the parties and good cause appearing therefor,

IT IS ORDERED:

1. The due date for defendant Target Corporation's response to the complaint be and hereby is continued from May 17, 2011, to June 17, 2011.

2. The initial case management conference be and hereby is continued from May 24, 2011, to ~~June 28, 2011, at 10:00 a.m.~~   July 5, 2011 at 3:00 PM.

3. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR certification signed by parties and counsel; and file either Stipulation to ADR process or Notice of Need for ADR Phone Conference from May 3, 2011, to June 3, 2011.

4. The last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report, and file case management conference statement from May 17, 2011, to June 21, 2011.

Dated: May 4, 2011.



Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte