---

NORMAN B. BLUMENTHAL (Cal. State Bar No. 068687)
KYLE R. NORDREHAUG (Cal. State Bar No. 205975)
APARAJIT BHOWMIK (Cal. State Bar No. 248066)
BLUMENTHAL, NORDREHAUG & BHOMIK
2255 Calle Clara
La Jolla, California 92037-3107
Telephone: (858) 551-1223
Facsimile: (858) 551-1232
norm@bamlawlj.com
kyle@bamlawlj.com
aj@bamlawlj.com

Attorneys for Plaintiff
Tiana Denean Coleman

JEFFREY D. WOHL (Cal. State Bar No. 096838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
ELIZABETH J. MACGREGOR (Cal. State Bar No. 267326)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhastings.com
elizabethmacgregor@paulhastings.com

Attorneys for Defendant
Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANA DENEAN COLEMAN, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, ,<br><br>Defendant. | No. CV11-00665 CW<br><br>**STIPULATION OF DISMISSAL** |

LEGAL_US_W # 68165191.2

STIPULATION OF DISMISSAL
U.S.D.C., N.D. Cal., No. CV11-00665 CW

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, plaintiff Tiana Denean Coleman and defendant Target Corporation, acting through their respective counsel of record, hereby stipulate that this action is dismissed as follows:

1. The claims brought on plaintiff's own behalf are DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

2. The claims brought on behalf of the class plaintiff proposes are DISMISSED WITHOUT PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

Dated: June 10, 2011.

NORMAN B. BLUMENTHAL
KYLE R. NORDREHAUG
APARAJIT BHOWMIK
BLUMENTHAL, NORDREHAUG & BHOMIK

By: _____
Kyle R. Nordrehaug
Attorneys for Plaintiff
Tiana Denean Coleman

Dated: June 13, 2011.

JEFFREY D. WOHL
RISHI N. SHARMA
ELIZABETH J. MACGREGOR
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
Target Corporation